Quinton C. BENSON,
Movant/Appellant,

v.

STATE of Missouri, Respondent.

No. ED 96257.

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 15, 2011.

Brocca Smith, St. Louis, MO, for appellant.

Chris Koster, Atty. Gen., Daniel N. McPherson, Jefferson City, MO, for respondent.

Before: CLIFFORD H. AHRENS, P.J., ROY L. RICHTER, J., and GARY M. GAERTNER, JR., J.

*ORDER*

PER CURIAM.

Movant, Quinton C. Benson, appeals from the judgment denying his Rule 29.15 motion after an evidentiary hearing. An opinion would have no precedential value. The parties have been provided with a memorandum for their information only,

setting forth the reasons for this decision. We affirm the judgment in accordance with Rule 84.16(b).